UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED
November 8, 2023 1:47 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JJM SCANNED BY: JW /1-8

Darnell Strickland 00212684

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

1:23-cv-1190
Paul L. Maloney
United States District Judge

v.

County of Kent
City of Grand Rapids
Police officer Zane Garnsey #035
Police Officer Brandon Plasterer #122

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?  Yes ☐  No ☑

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

      _____

   2. Is the action still pending?   Yes ☐  No ☐

      a. If your answer was no, state precisely how the action was resolved: _____

      _____

   3. Did you appeal the decision?   Yes ☐  No ☐

   4. Is the appeal still pending?   Yes ☐  No ☐

      a. If not pending, what was the decision on appeal? _____

      _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☐

      a. If so, explain: _____

      _____

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Darnell Strickland**

Place of Present Confinement **Kent County Correctional facility**

Address **703 Ball Ball Ave NE. Grand Rapids MI 49503**

Place of Confinement During Events Described in Complaint **Was Being Arrested**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Zane Gransey #035**
Position or Title **Police officer, Personal capacity / official Capacity**
Place of Employment **Grand Rapids police Department.**
Address **Work Address, Grand Rapids police Department**
Official and/or personal capacity? **Both**

Name of Defendant #2 **Brandon Plasterer #122**
Position or Title **Police Officer, Personal capacity/official Capacity**
Place of Employment **Grand Rapids Police Department**
Address **Work Address, Grand Rapids Police Department**
Official and/or personal capacity? **Both**

Name of Defendant #3 **County of Kent**
Position or Title **N/A**
Place of Employment **N/A**
Address **N/A**
Official and/or personal capacity? **Official Capacity**

Name of Defendant #4 **City of Grand Rapids**
Position or Title **N/A**
Place of Employment **N/A**
Address **N/A**
Official and/or personal capacity? **Official Capacity**

Name of Defendant #5 _____
Position or Title _____
Place of Employment _____
Address _____
Official and/or personal capacity? _____

- 3 -                                    (W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On 7-1-2023 I Darnell Strickland was assaulted by Grand Rapids Police Officer Brandon Plasterer #122 while in mode of making arrest punched me in my left eye with two closed fist hand strikes. In the police report he mention his reason for doing it was because while on the Ground he was by my head area and he observed and felt that I was actively resisting arrest while pushing my-self off the ground with both hands. This happened downtown Grand Rapids MI on Monroe Ave NW accross from Rosa Park Circle.

During this time on 7-1-2023 Reporting officer Zane Garnsey #035 struck me with his knee multiple times and then and then in the police report as he claims that his intended target was my shoulder and head then not long after he stated in the next sentence that his targeted area was my trap area. He stated he did this because I was secreting my hands under my body and he did not know if I was accessing a weapon or not.

Both of these officers stated this in the police report.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want to be compensated for mental stress and sue each officer for causing me stress and physical injury. I also want to sue the City of Grand Rapids and the county of Kent for not properly training their officers. I would like to see to it that these officers are punished for their actions and assure it's not done again. As it is I still suffer from mental stress and I want to sue for 5 million.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

11-5-23
**Date**

*Darnell* (signature)
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Darnell Strickland
Kent County Correctional facility
703 Ball Ave. NE
Grand Rapids MI 49503

Office
United S
399 F
110
Grand

Darnell Strickland
Kent County Correctional facility
703 Ball Ave. NE
Grand Rapids MI 49503

Office
United S
399 F
110
Grand