UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARNELL STRICKLAND #652460,
    Plaintiff,

v.                                              Case No. 1:23-cv-1190

COUNTY OF KENT, et al.,              HONORABLE PAUL L. MALONEY
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The Court has reviewed the Report and Recommendation filed by the magistrate judge on October 10, 2024. The Report and Recommendation mailed to the Plaintiff was returned to the Court marked "Paroled/Discharged" and "not deliverable as addressed - unable to forward."

Even though the Plaintiff has not received a copy of the Report and Recommendation, Plaintiff has been properly served under the Federal Rules of Civil Procedure. As required by statute, the magistrate judge filed the Report and Recommendation with the Court and mailed a copy to the Plaintiff at his last known address. See 28 U.S.C. § 636(b)(1)(C) ("The magistrate judge shall file his proposed findings and recommendations under subparagraph (B) with the court and a copy shall forthwith be mailed to all parties."). Upon placing the Report and Recommendation in the mail to the Plaintiff's last known address, service was complete. Fed. R. Civ. P. 5(b)(2)(C). Plaintiff has a continuing obligation to apprise the Court of his current address. See W.D. Mich. L.Civ.R. 41.1 ("Failure of a plaintiff to keep the Court apprised of his current address shall be grounds for dismissal for want of prosecution.").

After being served with a Report and Recommendation issued by a Magistrate Judge, a party has 14 days to file written objections to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Failure to file an objection results in a waiver of the issue and the issue cannot be appealed. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985) (upholding the Sixth Circuit's practice). No objections have been filed to date.

Although the Plaintiff's failure to file objections is a sufficient reason to adopt the Report and Recommendation, this Court has reviewed the merits of the report and finds the magistrate judge's reasoning and conclusions sound.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court;

2. The motion to dismiss filed by Defendant Kent County (ECF No. 12) is GRANTED;

3. The motion to dismiss filed by Defendants City of Grand Rapids, Zane Garnsey, and Brandon Plasterer (ECF No. 16) is GRANTED;

4. For the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

**This action is terminated.**

Dated: November 14, 2024         /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge